Indictment for making liquor; from Whitfield superior court —
Judge Tarver.   May 9, 1923.

*M. B. Eubanks,* for plaintiff in error.

*J. M. Lang, solicitor-general,* contra.

---

### 14665.   HILL *v.* THE STATE.

BROYLES, C. J.   1.   The evidence was amply sufficient to authorize the
jury to find that the defendant, in Whitfield county, committed the
offense charged.

2. The 5th ground of the amendment to the motion for a new trial, not
having been referred to in the brief of counsel for the plaintiff in error,
is treated as abandoned.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*
DECIDED JULY 10, 1923.

Indictment for possessing liquor; from Whitfield superior court
— Judge Tarver.   May 9, 1923.

*M. B. Eubanks,* for plaintiff in error.

*J. M. Lang, solicitor-general,* contra.

---

### 14666.   HILL *v.* THE STATE.

BROYLES, C. J.   The evidence was amply sufficient to authorize the jury to
find that the defendant, in Whitfield county, committed the offense
charged.   *Judgment affirmed.   Luke and Bloodworth, JJ., concur.*
DECIDED JULY 10, 1923.

Indictment for selling liquor; from Whitfield superior court —
Judge Tarver.   May 9, 1923.

*M. B. Eubanks,* for plaintiff in error.

*J. M. Lang, solicitor-general,* contra.

---

### 13071, 13072.   SMYLY *v.* GLOBE & RUTGERS FIRE INSURANCE
Co.

BLOODWORTH, J.   This case was carried by writ of certiorari from this
court to the Supreme Court, and the judgment based upon the opinion
of a majority of this court was reversed.   The headnotes to the opinion
of the Supreme Court are as follows: